# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BROOKE HOWELL,**

   Plaintiff,

  v.

           Civil Action No.: 1:25-cv-00009

**AMERICAN CHEMICAL SOCIETY,** *et al.,*

   Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ACS INTL LTD LLC AND ACS LIMITED INTERNATIONAL, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brooke Howell hereby gives notice that the above-captioned case is voluntarily dismissed, with prejudice, against Defendants ACS INTL LTD LLC and ACS Limited International, Inc.

Date: January 22, 2025     Respectfully submitted,

             **HKM EMPLOYMENT ATTORNEYS LLP**

             /s/ Tiffany Joseph Goodson
             Tiffany Joseph Goodson, DC Bar No. 481878
             1325 G Street NW, Suite 558
             Washington, DC 20005
             Phone: (202) 919-5952
             Fax: (202) 919-5952
             E-mail: tjosephgoodson@hkm.com

             **KEENAN & BHATIA, LLC**

             Edward Keenan, *pro hac vice forthcoming*
             Sonal Bhatia, *pro hac vice forthcoming*
             4600 Madison Ave. Ste. 810
             Kansas City, MO 64112
             Tel: (816) 809-2100
             ee@keenanfirm.com
             sonal@keenanfirm.com

             *Attorneys for Plaintiff Brooke Howell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January 2025, I filed the foregoing through the CM/ECF System and a true and correct copy will be sent electronically to the following registered participants and/or sent via first-class mail postage prepaid to the following non-registered parties:

John M. Remy
Desiree H. Langley
Jackson Lewis P.C.
10701 Parkridge Blvd., Suite 300
Reston, Virginia 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Fax)
john.remy@jacksonlewis.com
Desiree.langley@jacksonlewis.com

*Counsel for Defendants American Chemical Society and ACS International*

ACS Publications Inc.,
c/o The Company Corporation
251 Little Falls Dr.
Wilmington, DE 19808

ACS INTL LTD LLC,
c/o Incorp Services, Inc.
131 Continental Dr., Ste. 301
Newark, DE 19713

ACS Limited International Inc.,
c/o Incorp Services, Inc.
131 Continental Dr., Ste. 301
Newark, DE 19713

/s/ Tiffany Joseph Goodson
Tiffany Joseph Goodson