IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BROOKE HOWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN CHEMICAL SOCIETY,** *et al.*,<br><br>Defendants. | Civil Action No.: 1:25-cv-00009-AHA |

## JOINT STATUS REPORT

Pursuant to the Court's order of March 26, 2025, the parties hereby report to the Court that the parties to the case do not unanimously consent to the exercise of jurisdiction by a magistrate judge.

Date: April 3, 2025                                              Respectfully submitted,

/s/ John M. Remy                                                 /s/ Tiffany Joseph Goodson
John M. Remy                                                      Tiffany Joseph Goodson, No. 481878
Jackson Lewis P.C.                                                HKM Employment Attorneys LLP
11790 Sunrise Valley Drive, Suite 400                             1325 G Street NW, Suite 558
Reston, Virginia 20191                                            Washington, DC 20005
(703) 483-8300 (Telephone)                                        Phone: (202) 919-5952
(703) 483-8301 (Fax)                                              Fax: (202) 919-5952
John.Remy@jacksonlewis.com                                        tjosephgoodson@hkm.com

*Counsel for Defendants American Chemical*                        Edward Keenan, *pro hac vice forthcoming*
*Society and ACS International*                                   Sonal Bhatia, *pro hac vice forthcoming*
                                                                  Keenan & Bhatia, LLC
                                                                  4600 Madison Ave. Ste. 810
                                                                  Kansas City, MO  64112
                                                                  Tel: (816) 809-2100
                                                                  ee@keenanfirm.com
                                                                  sonal@keenanfirm.com

                                                                  *Counsel for Plaintiff Brooke Howell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, the foregoing was served via ECF upon all counsel of record.

                                             /s/ *Tiffany Joseph Goodson*
                                             Tiffany Joseph Goodson